# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Roger G Burns } | **Case No: 08-72232-CMS13** |
| SSN: XXX-XX-3255 } | |
| Margaret Sharon Burns } | |
| SSN: XXX-XX-2066 } | |
| DEBTOR(S). } | |

## ORDER GRANTING

This matter came before the Court on Tuesday, January 13, 2009 01:30 PM, for a hearing on the following:

RE: Doc #26; Debtors' Motion to Determine Value of Collateral (Real Estate) of Homecomings Financial, LLC

Proper notice of the hearing was given and appearances were made by the following:

C David Cottingham, Trustee
Eric M Wilson, attorney for Debtor's

**It is therefore ORDERED ADJUDGED and DECREED that:**

THE VALUE OF THE PROPERTY LOCATED AT 1828 ENGLEWOOD DRIVE, TUSCALOOSA, ALABAMA IS DETERMINED TO BE $105,000.00. IT WAS FURTHER DETERMINED THAT THERE IS A FIRST MORTGAGE ON THIS PROPERTY WITH WELLS FARGO WITH AN APPROXIMATE BALANCE OF $108,204.92. THEREFORE, THE VALUE OF THE COLLATERAL OF CREDITOR HOMECOMINGS FINANCIAL LLC IS DETERMINED TO BE ZERO.

Dated: 01/29/2009

/s/ C. MICHAEL STILSON
C. MICHAEL STILSON
United States Bankruptcy Judge